**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    Philip Nathan Buttgen                    Case # 10-19302-RGM
    and
    Lisa Renee Buttgen

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| PHILIP NATHAN BUTTGEN<br>299 Old Concord Rd<br>Stafford, VA  22554 | $1,336.03 |

Dated:      July 31, 2012           __/s/Thomas P. Gorman _____
                                                      Thomas P. Gorman
                                                      300 North Washington Street, Ste. 400
                                                      Alexandria, VA  22314
                                                     (703) 836-2226
                                                     VSB#26421