UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re  Philip Nathan Buttgen                                                   Case No. 10-19302-RGM
       Lisa Renee Buttgen

                          Debtor(s)                                            Chapter 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

    A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

    **ORDERED** that the unclaimed funds in the amount of $__1336.03__, currently on deposit with the Treasury of the United States, be returned to:

    Philip N. Buttgen
    c/o Tommy Andrews
    122 N. Alfred Street
    Alexandria, VA 22314

    Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: __Jan 8 2014__                           /s/ Robert G. Mayer
                                               United States Bankruptcy Judge

                                               NOTICE OF JUDGMENT OR ORDER
                                               ENTERED ON DOCKET:
                                               __1/8/2014 sas__

pc: Financial Administrator

[ounclmfd ver. 03/06]